DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 12 JUNE 2003

| | | | |
|---|---|---|---|
| No. 203A03<br><br>Case below:<br><br>156 N.C. App. 542 | Beall v. Beall | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-743)<br><br>2. Def's NOA Based Upon a Dissent<br><br>3. Def's Motion to Dismiss Both Appeal and Petition for Discretionary Review | 1. ——<br><br>2. ——<br><br>3. Allowed **05/19/03** |
| No. 243P03<br><br>Case below:<br><br>156 N.C. App. 697 | Benton v. Sutherland Precision Framing | Plt's PWC to Review the Decision of the COA (COA02-548) | Denied |
| No. 047PA03<br><br>Case below:<br><br>154 N.C. App. 734 | Bowen v. Mabry | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-357)<br><br>2. Def's PWC to Review the Decision of the COA | 1. Allowed<br><br>2. Dismissed as Moot |
| No. 229P03<br><br>Case below:<br><br>157 N.C. App. 364 | Boyd v. Howard | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-534) | Denied |
| No. 198P03<br><br>Case below:<br><br>156 N.C. App. 577 | Brotherton v. Point on Norman, LLC | Def's (Point on Norman, LLC) PDR Under N.C.G.S. § 7A-31 (COA02-668) | Denied |
| No. 232P03<br><br>Case below:<br><br>157 N.C. App. 116 | Carroll v. Living Ctrs. Southeast, Inc. | 1. Defs' Motion for Temporary Stay (COA02-647)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Motion to Deny PDR | 1. Allowed **05/07/03** **Dissolved 06/12/03**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot |
| No. 225P03<br><br>Case below:<br><br>157 N.C. App. 325 | Clontz v. St. Mark's Evangelical Lutheran Church | Def's (St. Mark's Evangelical Lutheran Church) PDR Under N.C.G.S. § 7A-31 (COA02-606) | Denied |